**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

SONNY ISHIKAWA

       Plaintiff(s),

vs.

LIFE INSURANCE COMPANY OF NORTH AMERICA

       Defendant(s).

Case #2:22-cv-02052-CDS-VCF

**AMENDED VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

[ECF No. 6]

_____Bernard R. Schwam_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

Law Offices of Bernard R. Schwam
(firm name)

with offices at _____ 16133 Ventura Boulevard, Penthouse _____,
(street address)

_____Encino_____, _____California_____, _____91436_____,
(city)                        (state)                         (zip code)

_____818-986-3775_____, _____bschwam@sbcglobal.net_____.
(area code + telephone number)         (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

_____Sonny Ishikawa_____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since December 18, 1975 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of California (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| U.S.D.C. Central District of California | January 22, 1976 | 67452 |
| U.S.D.C. Northern District of California | August 17, 2016 | 67452 |
| U.S.D.C. Southern District of California | February 11, 1991 | 67452 |
| U.S.D.C. Eastern District of California | October 29, 2015 | 67452 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

(State "none" if Petitioner has no disciplinary proceedings, etc.) Per stipulation with the State Bar Court on April 14, 1994, a public reproval was issued against Petitioner. Petitioner has been since the date of admission to the present date, an active licensee of the State Bar of California.

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

(State "none" if Petitioner has never been denied admission.) None

7. That Petitioner is a member of good standing in the following Bar Associations.

(State "none" if Petitioner is not a member of other Bar Associations.) None

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF ____California____ )
)
COUNTY OF ____Los Angeles____ )

____Bernard R Schwam____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

_13th_ day of _December_, _2022_.

*Sub
____See attached Certificate____
Notary Public or Clerk of Court

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ____H. Stan Johnson____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

____375 East Warm Springs Road, Suite 104____,
(street address)

____Las Vegas____, ____Nevada____, ____89119____,
(city)          (state)          (zip code)

____702-823-3500____. ____sjohnson@cohenjohnson.com____.
(area code + telephone number)          (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) __H. Stan Johnson__ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Sonny Ishikawa, Plaintiff
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

265                              sjohnson@cohenjohnson.com
Bar number                       Email address

APPROVED:

Dated: this __15th__ day of __December__, 20__22__.

_____
UNITED STATES DISTRICT JUDGE

5

Rev 5/16

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**     **GOVERNMENT CODE § 8202**

☒ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], *not* Notary)

_____          _____
*Signature of Document Signer No. 1*      *Signature of Document Signer No. 2 (if any)*

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of __Los Angeles__

Subscribed and sworn to (or affirmed) before me on this __13__ day of __December__, 20__22__,
by (1) __Bernard R. Schwam__
(and (2)_____),
*Name(s) of Signer(s)*

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____
*Signature of Notary Public*

STEVEN U. BAUTISTA
Notary Public - California
Los Angeles County
Commission # 2366100
My Comm. Expires Aug 13, 2025

*Seal*
*Place Notary Seal Above*

──────────────── **OPTIONAL** ────────────────
*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: __Verified Petition__    Document Date: __12-13-2022__
Number of Pages: _____ Signer(s) Other Than Named Above: _____

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)   Item #5910