Kristina N. Holmstrom
kristina.holmstrom@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Esplanade Center III, Suite 800
2415 East Camelback Road
Phoenix, AZ  85016
Telephone:  602-778-3700
Fax:  602-778-3750

*Attorneys for Defendant Life Insurance Company of North America*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SONNY ISHIKAWA,<br><br>                    Plaintiff,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>                    Defendant. | Case No.:  2:22-cv-02052-CDS-VCF<br><br>**JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**<br><br>**FIRST REQUEST** |

The parties, by and through their undersigned counsel, hereby stipulate and agree that the time in which Defendant Life Insurance Company of North America may answer, move, or otherwise plead in response to Plaintiff's Complaint is extended by thirty (30) days through February 5, 2023.

Counsel for Defendant was retained last week. Defendant's Answer is currently due January 6, 2023. This first request for extension is not being sought for purposes of delay and is requested in good faith by the parties.

Dated this 4th day of January, 2023.

                                               OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

                                               /s/ Kristina N. Holmstrom

Kristina N. Holmstrom
kristina.holmstrom@ogletree.com
Esplanade Center III, Suite 800
2415 East Camelback Road
Phoenix, AZ  85016
Telephone:  602-778-3700
Fax:  602-778-3750
*Attorneys for Defendant Life Insurance Company of North America*

LAW OFFICES OF BERNARD R. SCHWAM

/s/ Bernard S. Schwam
bschwam@sbcglobal.net
16133 Ventura Blvd., Penthouse
Encino, CA 91436
Telephone: 818-986-3775
Fax: 818-788-3153

COHEN-JOHNSON, LLC
H. Stan Johnson
375 E. Warm Springs Road, Suite 104
Las Vegas, NV  89119
Telephone: 702-823-3500

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  1-4-2023

# CERTIFICATE OF SERVICE

I hereby certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:  Bernard S. Schwam and H. Stan Johnson.

DATED this ____th day of _____, ____.

                                              /s/ Rose S. Ramsey
                                              An Employee of Ogletree, Deakins, Nash, Smoak & Stewart, P.C.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. CHARLESTON BLVD.
SUITE 500
LAS VEGAS, NV 89135
TELEPHONE: 702.369.6800

54423653.v1-OGLETREE