Kristina N. Holmstrom
kristina.holmstrom@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd., Suite 500
Las Vegas, NV  89135
Telephone:  702-369-6800
Fax:  702-369-6888

*Attorneys for Defendant Life Insurance Company of North America*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SONNY ISHIKAWA,<br><br>    Plaintiff<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>    Defendant | Case No.: 2:22-cv-02052-CDS-MDC<br><br>**JOINT STIPULATION TO EXTEND TIME TO FILE DISMISSAL DOCUMENTS**<br><br>[ECF No. 20] |

The parties, by and through undersigned counsel, stipulate and agree to a 30-day extension of the deadline for filing dismissal documents pursuant to the Court's Minute Order (Dkt. 19), to and including July 24, 2024. The parties are working toward obtaining a signed settlement release.

This first request for extension is not being sought for purposes of delay and is requested in good faith by the parties.

Dated this 24th day of June, 2024.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ Kristina N. Holmstrom

Kristina N. Holmstrom
kristina.holmstrom@ogletree.com
10801 W. Charleston Blvd., Suite 500
Las Vegas, NV  89135
Telephone:  702-369-6800
Fax:  702-369-6888

*Attorneys for Defendant Life Insurance Company of North America*

LAW OFFICES OF BERNARD R. SCHWAM

/s/ Bernard S. Schwam
bschwam@sbcglobal.net
16133 Ventura Blvd., Penthouse
Encino, CA 91436
Telephone: 818-986-3775
Fax: 818-788-3153

COHEN-JOHNSON, LLC
H. Stan Johnson
375 E. Warm Springs Road, Suite 104
Las Vegas, NV 89119
Telephone: 702-823-3500

*Attorneys for Plaintiff Sonny Ishikawa*

Based on the parties' stipulation, the request for an extension of time is granted nunc pro tunc. The deadline for filing a stipulation of dismissal, or a second joint status report regarding settlement, is extended to July 24, 2024.

_____
UNITED STATES DISTRICT JUDGE

DATED: __June 25, 2024__

2