Kristina N. Holmstrom
kristina.holmstrom@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd., Suite 500
Las Vegas, NV  89135
Telephone:  702-369-6800
Fax:  702-369-6888

*Attorneys for Defendant Life Insurance Company of North America*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SONNY ISHIKAWA,<br><br>          Plaintiff<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>          Defendant | Case No.: 2:22-cv-02052-CDS-MDC<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Defendant Life Insurance Company of North America and plaintiff Sonny Ishikawa, by and through undersigned counsel, hereby stipulate that all claims plaintiff had or may have had against defendant that are contained in, are reasonably related to or could have been brought in the above-captions action, are hereby dismissed, with prejudice, in their entirety. The parties shall bear their own attorneys' fees and costs.

Dated this 23rd day of July, 2024.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ Kristina N. Holmstrom

Kristina N. Holmstrom
kristina.holmstrom@ogletree.com
10801 W. Charleston Blvd., Suite 500
Las Vegas, NV  89135
Telephone:  702-369-6800
Fax:  702-369-6888
*Attorneys for Defendant Life Insurance Company of North America*

LAW OFFICES OF BERNARD R. SCHWAM

/s/ Bernard S. Schwam
bschwam@sbcglobal.net
16133 Ventura Blvd., Penthouse
Encino, CA 91436
Telephone: 818-986-3775
Fax: 818-788-3153

COHEN-JOHNSON, LLC
H. Stan Johnson
375 E. Warm Springs Road, Suite 104
Las Vegas, NV 89119
Telephone: 702-823-3500
*Attorneys for Plaintiff Sonny Ishikawa*

**ORDER**

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

_____
UNITED STATES DISTRICT JUDGE

DATED: July 26, 2024

2